IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| EVARISTE NGAMANKOSI MAFUTA,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security, JOSEPH EDLOW, Director of the United States Citizenship and Immigration Services, XIAN WANG, Des Moines Field Office Director,<br><br>Defendants. | **No. 4:26-cv-00166-RGE-HCA**<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO REMAND** |

Plaintiff Evariste Ngamankosi Mafuta filed this action challenging the delay by the United States Citizenship and Immigration Services ("USCIS") in processing his Form N-400 naturalization application. Compl. ¶ 1, ECF No. 1. Mafuta asks this Court to decide his pending application or, in the alternative, order USCIS to promptly decide his naturalization application. *Id.*; *see also* 8 U.S.C. § 1447(b) (if USCIS fails to adjudicate a naturalization application within 120 days after the naturalization examination required by 8 U.S.C. § 1446, an applicant may "apply to the United States district court . . . for a hearing on the matter").

Now before the Court is Defendants Markwayne Mullin, Joseph Edlow, and Xian Wang's motion to remand this matter to USCIS. Defs.' Mot. Remand, ECF No. 4. This Court may "either determine the [naturalization application] or remand the matter, with appropriate instructions, to the Service to determine the matter." 8 U.S.C. § 1447(b). Defendants state that if remanded, USCIS will rule on Mafuta's application within fourteen days. ECF No. 4 at 1.

The facts before the Court are not in dispute. USCIS conducted Mafuta's naturalization examination on June 3, 2024. ECF No. 1 ¶ 18. Six hundred seventy-five days later, Mafuta filed

this action because USCIS had not yet adjudicated his naturalization application. Defendants do not justify this considerable delay. *See* Defs.' Mem. Supp. Mot. Remand, ECF No. 4-1; Defs.' Reply Supp. Mot. Remand, ECF No. 8. The Court understands Mafuta's frustration at the delay in adjudicating his application. Mafuta is the only member of his family whose naturalization application has not been approved, likely exacerbating his frustration with the inexplicable delay in adjudication. ECF No. 1 ¶ 26.

The Court grants Defendants' motion to remand. Although the length of delay in adjudicating Mafuta's application weighs against remand, other district courts have remanded cases with similar delays. *See, e.g., Biyamin O. v. Tritten*, No. 21-cv-2750, 2022 WL 1617743, at *2 (D. Minn. May 23, 2022). The Court's decision "is consistent with the results reached by the majority of courts that have considered cases arising under analogous circumstances." *Id.* (citing *Manzoor v. Chertoff*, 472 F. Supp. 2d 801, 810 (E.D. Va. 2007)).

In sum, the Court will remand the matter to USCIS with instructions to issue a decision on Mafuta's application within fourteen days. The Court will retain jurisdiction over this matter to ensure that its order is followed.

Accordingly,

**IT IS ORDERED** that Defendants Markwayne Mullin, Joseph Edlow, and Xian Wang's Motion to Remand, ECF No. 4, is **GRANTED.**

**IT IS FURTHER ORDERED** that United States Citizenship and Immigration Services shall issue its decision on Mafuta's N-400 Application within fourteen days of this order.

**IT IS FURTHER ORDERED** that United States Citizenship and Immigration Services shall immediately notify this Court and Mafuta of its decision.

**IT IS SO ORDERED**.

Dated this 6th day of November, 2026.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE